**E-Filed 7/13/2011**

Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Benjamin R. Lemke, Esq. (Cal. Bar No. 271706)
Mount, Spelman & Fingerman, P.C.
Riverpark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: kspelman@mount.com; dfingerman@mount.com;
         blemke@mount.com

Counsel for San Francisco Technology Inc.

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| San Francisco Technology Inc.<br><br>Plaintiff<br><br>vs.<br><br>Combe Incorporated<br><br>Defendant | Case No. 5:10-cv-04988-JF-PSG<br><br>**Stipulation and [Proposed] Order to Continue Case Management Conference to Allow Time For Settlement** |

1   The parties stipulate and request that the Court enter an Order as follows:

2   1.   The parties have reached a settlement which would result in the dismissal of this case
3   and avoid the need for a case management conference. The parties request a continuance of dates
4   relating to the upcoming case management conference to allow time for a formal settlement
5   agreement to be executed.

6   2.   A case management conference is currently scheduled for Friday, July 15, 2011 at
7   10:30 a.m. Accordingly, the Joint Case Management Statement is due to be filed Friday, July 8,
8   2011.

9   3.   The parties request that the court continue the case management conference to allow
10  time for the parties to execute a formal written settlement agreement and dismiss this case. The
11  parties request that the following dates be applied:

12      a.   File the Joint Case Management Statement: Friday, July 22, 2011
13      b.   Case Management Conference: Friday, July 29, 2011 at 10:30 a.m.

14  In accordance with General Order 45.X.B., Benjamin R. Lemke, counsel for SF Tech, attests
15  that each other signatory listed below has concurred in this filing.

Date: July 7, 2011                 Mount, Spelman & Fingerman, P.C.,
                                           /s/ Benjamin R. Lemke
                                   Counsel for San Francisco Technology Inc.

Date: July 7, 2011                 Fitzpatrick, Cella, Harper & Scinto
                                           /s/ Timothy J. Kelly
                                   Counsel for Combe Incorporated

Pursuant to stipulation, it is so ordered.
Date: 7/13/2011                    
                                   _____
                                   Jeremy Fogel, U.S. District Judge

Case No. 5:10-cv-04988-JF-PSG                                                    Page 1
Stipulation and [Proposed] Order to Continue Case Management Conference to Allow Time For Settlement

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

**Certificate of Service**

1. The undersigned certifies that the foregoing document was filed using the court's electronic filing system (ECF). The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under to accept that Notice as service of this document.

Date: July 7, 2011

Mount, Spelman & Fingerman, P.C.,
  /s/ Benjamin R. Lemke
Counsel for San Francisco Technology Inc.